UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 8, 2015

MEMO TO COUNSEL RE:  Vongohren, et ux. v. Citimortgage, Inc., et al.
Civil No. JFM-14-3549

Dear Counsel:

Your joint proposed scheduling order (document 41) is approved except for the trial date. I will set a trial date if I deny any summary judgment motion that is filed.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge